AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs

**FILED - GR**
July 6, 2015 2:14 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc    SCANNED BY /s/ 7/7/15

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Seth Miller )<br>_Plaintiff_ )<br>v. )<br>FMS, Corp )<br>_Defendant_ ) | Civil Action No.<br><br>**1:15-cv-703**<br>**Gordon J Quist**<br>**U.S. District Judge** |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Meijer, Inc
2727 Walker Ave
GrandRapids, MI 49544

My gross pay or wages are: $ 700 , and my take-home pay or wages are: $ 500 per (specify pay period) Week .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs

4. Amount of money that I have in cash or in a checking or savings account: $ __75__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 2008 Town And Country - $8,000
1988 Buick Century - $1,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Rent $820  Food $300
Water $50  Gas $200
Internet $50  Car Insurance $200
Gas $25
Electric $125

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
JH - stepdaughter - 100%
NM - son 100%
RM - Daughter 100%
AM - Daughter 100%

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Credit Card - $175.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7/1/15

_____
Applicant's signature

Seth Miller
_____
Printed name